

# Fifteenth Court of Appeals

By order of the Fifteenth Court of Appeals, dated August 19, 2025, the following cases are transferred to the Fourteenth Court of Appeals at Houston, and the undersigned Clerk of this Court certifies that all necessary orders and papers in said cases are herewith transferred to the Clerk of the Fourteenth Court of Appeals.

| | |
|---|---|
| **15-25-00113-CV** | **Pleasanton Housing Finance Corporation and the Board Members of the Pleasanton Housing Finance Corporation, In Their Official Capacities v. City of Missouri City, Texas & Sienna Parks & Levee Improvement District** |

I, Christopher A. Prine, Clerk of the Fifteenth Court of Appeals at Austin, hereby certify that this is a true and correct list of cases transferred to the Fourteenth Court of Appeals at Houston, as previously ordered by the Fifteenth Court of Appeals as the same appears of record in this Court's minutes.

Given under my hand and seal of this Court at Austin, this August 19, 2025.

Christopher A. Prine, Clerk
Fifteenth Court of Appeals at Austin

